fore Acquired, to the Lands, Tenements and Hereditaments Required for the Purpose of Opening East One Hundred and Seventy-eighth Street (Although Not Yet Named by Proper Authority) From Creston Avenue to Ryer Avenue, as the Same Has Been Heretofore Laid Out and Designated as a First-class Street or Road in the Twenty-fourth Ward of the City of New York. Charlotte Aschenbrenner, Appellant; The City of New York and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

In the Matter of the Application of Nathan Danziger, Appellant, for a Writ of Mandamus Directed to J. Edward Simmons and Others, Constituting the Board of Water Supply of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Louis L. Coudert, as Trustee in Bankruptcy of the Firm of Carley, Rosengarten & Carley, and for the Individual Members of Said Firm, Appellant, v. Samuel M. Jarvis, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Leave granted to appeal to the Court of Appeals. Settle order on notice.

In the Matter of the Application of Jeremiah F. Mahoney, Appellant, for a Writ of Mandamus Directed to John H. O'Brien, Fire Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

William C. Haight, Respondent, v. Haight & Freese Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

The City of New York, Respondent, v. Harweian Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

John J. McKelvey and Frederick W. Mattocks, Respondents, v. Louis G. des Garets, Defendant, Impleaded with Francis Waddington, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Oliver M. Arkenburgh, Respondent, v. Robert H. Arkenburgh, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

The People of the State of New York ex rel. Charles Bell Barker, Appellant, v. Adelia Gertrude Stringer, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Thomas N. Detwiler, Appellant, v. John F. Dowling and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Thomas N. Detwiler, Appellant, v. John F. Dowling and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Amadee Spadone, Appellant, v. Harry D. Warren, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Max Cohen, Appellant, v. Joseph Freedman, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

James J. Kennedy, Respondent, v. John Holl, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Sarah O'Connor, as Administratrix, etc., of Richard O'Connor, Deceased, Appellant, v. New York Transportation Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

In the Matter of the Petition of Gino C. Speranza, Respondent, to Enforce an Attorney's Lien. Charles Walsh, Appellant, v. City of New York, Defendant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Trust Company of New York, Respondent, v. The Universal Talking Machine Company and the Universal Talking Machine Manufacturing Company, Appellants, Impleaded with George H. Robinson and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

A. G. Hyde & Sons, Appellant, v. Selig Rosenbaum and Leo A. Price, Trading under the Name of Rothenberg & Co., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

In the Matter of Abraham H. Hummel.— Respondent suspended pending appeal. Memorandum per curiam.

In the Matter of Nathaniel Cohen.— Ordered, that respondent file answer in twenty days.